UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 1:26-cr-18 |
| v. ) | McDonough /Dumitru |
| ) | |
| TERNA RAMONE HATTEN ) | |

### INDICTMENT

### COUNT ONE

The Grand Jury charges that on or about January 9, 2026, in the Eastern District of Tennessee, the defendant, TERNA RAMONE HATTEN, did knowingly escape from the custody of the Salvation Army Regional Rehabilitation Center, located in Chattanooga, Tennessee, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment of conviction by the United States District Court for the Eastern District of Tennessee in Case Number 1:09-cr-174, in violation of Title 18, United States Code, Section 751.

A TRUE BILL.

FOREPERSON OF THE GRAND JURY

Francis M. Hamilton III
United States Attorney

By: _____
Tammy O. Combs
Assistant U.S. Attorney